[No. 11906-4-II.  Division Two.  November 21, 1989.]

PAUL GAUTHIER, *Appellant,* v. JULE SUGARMAN, *as
Secretary of the Department of Social and
Health Services,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 87-2-01490-5, Richard A. Strophy, J.,
entered April 7, 1988. *Affirmed* by unpublished opinion per

Pearson, J. Pro Tem., concurred in by Dolliver and Wieland, JJ. Pro Tem.